IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAYWON KINCAID, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:22-cv-409-RAH |
| | ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case was filed on July 13, 2022. (Doc. 1.) To date, nothing in the record suggests to the Court that the Defendants have been served. *See* FED. R. CIV. P. 4(m). Accordingly, it is

ORDERED that **on or before December 12, 2022**, the Plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

**DONE**, on this the 28th day of November, 2022.

                                           /s/ R. Austin Huffaker, Jr.
                                           R. AUSTIN HUFFAKER, JR.
                                           UNITED STATES DISTRICT JUDGE