IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2022 NOV 30  A 10: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CAYWON KINCAID #231631;　　　　　　　　)
DARRYL MONTGOMERY #201495;　　　　　　)
RUBYN MURRAY #241473;　　　　　　　　　)
SAMUEL WEAVER #146467;　　　　　　　　　)
LUVERTTE WILLIAMS #258685;　　　　　　　)
ETHAN DORSEY #200641;　　　　　　　　　　)
KIRK CHANDLER #158696;　　　　　　　　　)
JERAMEY RITTER #220114;　　　　　　　　　)
NIGAN PHILLIPS #191350;　　　　　　　　　)
MORGAN SHIRLEY #235078;　　　　　　　　　)
ROBERT HEINTZELMAN #321091;　　　　　　　)
DEONTAY MACK #240183;　　　　　　　　　　)
DEVONTE THOMPSON #319674;　　　　　　　)
JASON CARROLL #325226;　　　　　　　　　)
JIMMY NORMAN #313446;　　　　　　　　　)
JIMMY HICKS #196744;　　　　　　　　　　　)
MATTHEW ALDRIDGE #244274;　　　　　　　)
ROBERT SCOTT #300163;　　　　　　　　　　)
BRUCE BELKNAP #294954;　　　　　　　　　)
FELIX THOMPSON #227749;　　　　　　　　　)
LUTHER MCCART #158737;　　　　　　　　　)
THOMAS BERG #271548;　　　　　　　　　　)
KARVIS DENNIS #292373;　　　　　　　　　)
TORRANCE JULIUS #297222;　　　　　　　　)
JOHN LACHETTE #300965;　　　　　　　　　)
JAMEY PEPPERS #287612;　　　　　　　　　)
RICHARD BRASHER, JR. #318434;　　　　　　)
MICHAEL COLE #263260;　　　　　　　　　　)
EDDIE BOWMAN #197421;　　　　　　　　　)
ANTHONY THOMAS #215190;　　　　　　　　)
ERIC PETTY #314024;　　　　　　　　　　　)
DUSTIN STINSON #300006;　　　　　　　　　)
WILLIAM TINDELL #280827;　　　　　　　　)
STEPHEN HARRIS #172793;　　　　　　　　　)
BRANDON JARRETT #268594;　　　　　　　　)
BRANDON COLE #306271;　　　　　　　　　　)

**CIVIL ACTION NO.**

2:22-cv-00409-RAH-JTA

PHILLIP SMITH #264092;                           )
PHILLIP MUSGROVE #156436;                         )
JOSHUA MCMILLER #255459;                          )
JOEY GRIZZELL #297073;                            )
DAVID JORDAN #262557;                             )
GARY DAY #218861;                                 )
WARREN CAMPBELL #305111;                          )
WILLIE CARLISLE #265869;                          )
JOSEPHUS MURRAY #279613;                          )
WILLIAM WIMBERLY, JR. #157884;                    )
ANTHONY MANIGO, JR. #297971;                      )
ANTHONY DORSEY, II #254169;                       )
TIMOTHY SNOW #135239;                             )
RICARDO FISHER #144006;                           )
JAMES CRONIN, II #321582;                         )
RANDY MOORE #313079;                              )
ROGER GREEN #115865;                              )
JOSEPH WOOD #322218;                              )
ROBERT SEAY #239402;                              )
XAVIER BENSON #252511;                            )
ERIK DIXON #242727;                               )
DARRELL BURGESS #308674;                          )
TAMARCUS BURT #321717;                            )
TREMAIN GATES #295670;                            )
MARVIN FOSTER #237757;                            )
BERNARD KING #251557;                             )
KISON TYMES #325944;                              )
JACK BUTTON #300250;                              )
ORLANDA WALKER #328697;                           )
BARRY WATSON #329515                              )
                                                  )
         Plaintiffs,                              )
                                                  )
v.                                                )
                                                  )
UNITED STATES DEPARTMENT OF THE                   )
TREASURY; and JANET YELLEN,                       )
SECRETARY OF THE UNITED STATES                    )
DEPARTMENT OF THE TREASURY                        )
                                                  )
         Defendants.                              )

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(i)**

RECEIVED

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs hereby provide notice of their dismissal of

all claims against Defendants in the above styled cause, without prejudice.

2022 NOV 30  A 10: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dated: November 28, 2022                      Respectfully submitted,

*/s/ Richard A. Rice*
Richard A. Rice (AL Bar No.: 8387166R)
Counsel for Plaintiffs
The Rice Firm, LLC
115 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203
Mailing Address - Post Office Box 453
Birmingham, AL 35201
Office: 205.618.8733 ext 101
Fax: 888.391.7193

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Richard A. Rice, hereby certify that on this 28th day of November 2022, I served the foregoing document via ECF on counsel for the Defendants.

/s/ Richard A. Rice
*Attorney for Plaintiffs*

Richard Rice
PO Box 453
Birmingham, AL
　　　35201

BIRMINGHAM AL 350

28 NOV 2022 PM 2 L

CLEARED



FOREVER / USA

FOREVER / USA

Middle District of AL
Office of the Clerk
1 Church Street
Montgomery, AL
　　　36104

36104-401801