IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAYWON KINCAID, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:22-cv-409-RAH |
| | ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon review of the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 8), which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is DISMISSED without prejudice by operation of Rule 41.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close this case.

**DONE**, on this the 30th day of November, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1